IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM WILSON, JR., and CHRISTA WILSON, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) Civil Action No. 21-00412-KD-MU |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) ) |
| Defendant. | ) |

## ORDER

This action is before the Court on notice of settlement. United States Magistrate Judge P. Bradley Murray reports that this action was settled at the settlement conference held September 26, 2022; however, the parties need forty-five (45) days to finalize the settlement.

Accordingly, this action is **DISMISSED with prejudic**e s**ubject to the right of either party to reinstate the action within forty-five (45) days of the date of this Order** should the settlement not be finalized.

Each party shall bear their own costs unless agreed otherwise in the settlement agreement.

**DONE** and **ORDERED** this 27th day of September 2022.

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE